FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAN 17 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __1:07cr08-WHA__ |
| | ) | [21 USC 841(a)(1)] |
| MAKESHA KIMBRO | ) | |
| | ) | |
| | ) INDICTMENT | |

The Grand Jury charges:

## COUNT 1

On or about May 24, 2005, in Houston County, Alabama, in the Middle District of Alabama, the defendant,

MAKESHA KIMBRO,

did knowingly and intentionally possess with intent to distribute 24.15 grams of marijuana, a schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney