**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 1-26-2007

**DIGITAL RECORDING:** 3:29 – 3:43 pm

- ☑ **INITIAL APPEARANCE**
- ☐ **BOND HEARING**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☑ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE ___Moorer___ | DEPUTY CLERK: ___sql___ |
| CASE NO. _1:07CR8-WHA_ | DEFT. NAME: _Makesha KIMBRO_ |
| USA: ___Redmond___ | ATTY: ___Conrad___ |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ⃝ ) CDO |
| | ( ) Stand In ONLY |
| USPTSO/USPO: ___Wood___ | |

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

| | |
|---|---|
| ☑kars. | Date of Arrest _1-25-07_ or ☐ karsr40 |
| ☑kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator |
| ☑kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☑ | Requests appointed Counsel ☑ **ORAL MOTION for Appointment of Counsel** |
| ☑kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☑koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. |
| ☐kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐kbnd. | ☐**BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR) |
| | ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered |
| ☐kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. |
| ☑karr. | **ARRAIGNMENT** SET FOR: _____ ☑HELD. Plea of **NOT GUILTY** entered. |
| | ☑Set for _3-12-07_ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____ |
| | **DISCOVERY DISCLOSURES DATE:** _1-26-07_ |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** |