# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
☐ Northern    ☒ Southern    ☐ Eastern

| | | |
|---|---|---|
| HON. Terry F. Moorer | AT Montgomery | Alabama |
| DATE COMMENCED 2-16-2007 | @ 11:07 | ☒ a.m. ☐ p.m |
| DATE COMPLETED 2-16-2007 | @ 11:08 | ☒ a.m. ☐ p.m |

CASE NO. 1:07CR8-WHA

UNITED STATES OF AMERICA
Plaintiff(s)

VS.

MAKESHA KIMBRO
Defendant(s)

## APPEARANCES

Plaintiff(s)/Government
Susan Redmond

Defendant(s)
Jennifer Hart

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk:
USPO/USPTS:

Crt Rptr:
Interpreter:
Other:

## PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other
☐ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob
☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing

☒ **Pretrial Conference**

Pending Motions: None
Discovery Status: Complete
Trial Status/Length: 1 day
Plea Status: Plea
Trial Term: 3-12-07