| COURTROOM DEPUTY'S MINUTES | DATE: 2/20/2007 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 1:54 – 2:15 pm |
| | COURT REPORTER: Risa Entrekin |

- ☐ ARRAIGNMENT
- ☑ CHANGE OF PLEA
- ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING
- ☐ SENTENCING

PRESIDING MAG. JUDGE: Moorer   DEPUTY CLERK: sql
CASE NUMBER: 1:07CR8-WHA   DEFENDANT NAME: Makesha KIMBRO
AUSA: Redmond   DEFENDANT ATTORNEY: Hart

Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name:

- ☐ This is defendant's FIRST APPEARANCE.
- ☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
- ☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
- ☐ WAIVER OF INDICTMENT executed and filed.
- ☐ INFORMATION filed.
- ☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:
- ☐ Not Guilty
- ☑ Guilty as to:
  - ☑ Count(s): 1
  - ☐ Count(s): ___   ☐ dismissed on oral motion of USA
  - ☐ to be dismissed at sentencing

☑ Written plea agreement filed   ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts   1  .
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.
DISCOVERY DISCLOSURE DATE:
☑ ORDER: Defendant continued under ☑ same bond; ☐ summons; for:
  ☐ Trial on _____; ☑ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U.S. Marshal for:
  ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
  ☐ Defendant requests time to secure new counsel